**FILED**

MAR 2 5 2008

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

TERRELL RICARDO WILLIAMS,

        Petitioner,

        v.

J.W. SULLIVAN, Warden,

        Respondent.

Case No.   CV 07-6017-GHK (MLG)

ORDER ACCEPTING AND ADOPTING
FINDINGS AND RECOMMENDATIONS OF
UNITED STATES MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files and has conducted a de novo review of ~~that portion of the~~ the Report and Recommendation of the United States Magistrate Judge, ~~to which objections were filed.~~ *No objections have been filed. We deem Petitioner's failure to elect as his consent to dismissal of his action without prejudice.* The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the petition without prejudice.

    IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment on all parties.

Dated: ___3/23/08___

_____
George H. King
United States District Judge