FILED
MAR 25 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TERRELL RICARDO WILLIAMS, ) | Case No. CV 07-6017-GHK (MLG) |
| ) | |
| Petitioner, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| J.W. SULLIVAN, Warden, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated:  3/23/08

George H. King
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 26 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY